B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Artur Grodzki                              ,            Case No.  21-12868

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Home Point Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
9726 Old Bailes Road
Fort Mill, SC 29707

Phone: _____
Last Four Digits of Acct #:      9615

Court Claim # (if known):      3-2
Amount of Claim:      $39,665.32
Date Claim Filed:      01/25/2022

Phone: _____
Last Four Digits of Acct. #:      2390

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
9726 Old Bailes Road
Fort Mill, SC 29707

Phone: _____
Last Four Digits of Acct #:      9615

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                        Date: 06/24/2022
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.